Submitted on record and briefs December 14, 1992, reversed and remanded for reconsideration January 6, 1993

In the Matter of the Compensation of
Linda M. Smith, Claimant.

HIGHLAND HOUSE NURSING HOME
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Linda M. SMITH,
*Respondent.*

(WCB 91-07884; CA A75594)

842 P2d 821

Alexander D. Libmann, Portland, filed the brief for petitioner.

Richard D. Adams and Myrick, Seagraves, Myrick, Adams & Davis, Portland, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).